UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14018-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JASON VINCENT SIMONS,**

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 53]. On July 18, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 50] during which Defendant pled guilty to Count 1 and Count 2 of the Indictment [ECF No. 25] pursuant to a written plea agreement and factual proffer [ECF Nos. 51, 52]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 25]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 53] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Jason Vincent Simons** as to Counts 1 and 2 of the Indictment is **ACCEPTED**.

CASE NO. 24-14018-CR-CANNON

    3.    Defendant **Jason Vincent Simons** is adjudicated guilty of Count 1 of the Indictment which charges him with, conspiracy to encourage and induce an alien to enter and reside in the United States unlawfully, in violation of Title 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(A)(iv) and Count 2 which charges Defendant with, alien smuggling for pecuniary gain, in violation of Title 8 U.S.C. § 1324 (a)(2)(B)(ii) [ECF No. 25].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of August 2024.

 

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record